IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TINA CASTILLO,

    Petitioner,

v.                               CASE NO. 4:04cv55-RH/WCS

WARDEN JOSE VASQUEZ,

    Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 11), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court. The petition is DENIED without prejudice to whatever relief, if any, is available in the Northern District of Iowa, in the Bureau of Prisons, or in any other forum or by any other means. The clerk shall enter

judgment accordingly and close the file.

       SO ORDERED this 9th day of May, 2005.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge